U.S. Department of Justice  
Washington, D.C.  
8/11/2022/av

Criminal Docket

McALLEN Division

CR. No. **M-22-1311**

**SEALED INDICTMENT**  Filed: August 16, 2022

Judge: **RANDY CRANE**

County: Hidalgo  
Lions #: 2017R13109

UNITED STATES OF AMERICA

Attorneys:  
JENNIFER LOWERY, U. S. ATTORNEY

ANDREW R. SWARTZ, ASST. U.S. ATTORNEY

v.

OSAMA BACHIR NAHAS (NC 08/22/2022) --WARRANT--    Cts. 1-15  
ISABEL MORENO PRUNEDA --WARRANT--    Cts. 1-15

Charge(s):
- Ct. 1: Conspiracy to Commit Health Care Fraud  
  Title 18, United States Code, Section 1349
- Cts. 2-8: Health Care Fraud  
  Title 18, United States Code, Sections 1347 and 2.
- Cts. 9-14: Aggravated Identity Theft  
  Title 18, United States Code, Sections 1028A and 2.
- Ct. 15: Conspiracy to Pay and Receive Illegal Remunerations  
  Title 18, United States Code, Section 371

Total Counts (15)

Penalty:
- Cts. 1-8: Imprisonment for not more than 10 yrs. and/or a $250,000 fine and not more than a 3 yr. SRT (as to each count)
- Cts. 9-14: Imprisonment for 2 yrs. and/or a $250,000 fine and not more than a 1 yr. SRT (as to each count)
- Ct. 15: Imprisonment for not more than 5 yrs. and/or a $250,000 fine and not more than a 3 yr. SRT

Agency: Federal Bureau of Investigation – Justin Krider - 209A-SA-2178161

Date

Proceedings