UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL ACTION NO. 7:22-CR-1311-2 |
| ISABEL MORENO PRUNEDA | § § § | |

## VERDICT FORM

**WE, THE JURY, FIND:**

THE DEFENDANT, **Isabel Moreno Pruneda,**

_____GUILTY_____ as to **Count One**, as charged in the Superseding Indictment.
*(Insert "Guilty" or "Not Guilty")*

_____GUILTY_____ as to **Count Two**, as charged in the Superseding Indictment.
*(Insert "Guilty" or "Not Guilty")*

_____GUILTY_____ as to **Count Three**, as charged in the Superseding Indictment.
*(Insert "Guilty" or "Not Guilty")*

_____GUILTY_____ as to **Count Four**, as charged in the Superseding Indictment.
*(Insert "Guilty" or "Not Guilty")*

_____GUILTY_____ as to **Count Five**, as charged in the Superseding Indictment.
*(Insert "Guilty" or "Not Guilty")*

_____GUILTY_____ as to **Count Six**, as charged in the Superseding Indictment.
*(Insert "Guilty" or "Not Guilty")*

_____GUILTY_____ as to **Count Seven**, as charged in the Superseding Indictment.
*(Insert "Guilty" or "Not Guilty")*

_____GUILTY_____ as to **Count Eight**, as charged in the Superseding Indictment.
*(Insert "Guilty" or "Not Guilty")*

_____GUILTY_____ as to **Count Nine**, as charged in the Superseding Indictment.
*(Insert "Guilty" or "Not Guilty")*

_____GUILTY_____ as to **Count Ten**, as charged in the Superseding Indictment.
*(Insert "Guilty" or "Not Guilty")*

_____GUILTY_____ as to **Count Eleven**, as charged in the Superseding Indictment.
*(Insert "Guilty" or "Not Guilty")*

_____GUILTY_____ as to **Count Twelve**, as charged in the Superseding Indictment.
*(Insert "Guilty" or "Not Guilty")*

_____GUILTY_____ as to **Count Thirteen**, as charged in the Superseding Indictment.
*(Insert "Guilty" or "Not Guilty")*

_____GUILTY_____ as to **Count Fourteen**, as charged in the Superseding Indictment.
*(Insert "Guilty" or "Not Guilty")*

_____GUILTY_____ as to **Count Fifteen**, as charged in the Superseding Indictment.
*(Insert "Guilty" or "Not Guilty")*

FOREPERSON'S SIGNATURE        3-1-2024
                                                            DATE