UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA § 

§ 

VS. § CRIMINAL ACTION NO. 7:22-CR-1311-2

§ 

ISABEL MORENO PRUNEDA § 

§ 

## **VERDICT FORM**

**WE, THE JURY, FIND:**

THE DEFENDANT, **Isabel Moreno Pruneda,**

_____*GUILTY*_____ as to **Count One**, as charged in the Superseding Indictment.
*(Insert "Guilty" or "Not Guilty")*

_____*GUILTY*_____ as to **Count Two**, as charged in the Superseding Indictment.
*(Insert "Guilty" or "Not Guilty")*

_____*GUILTY*_____ as to **Count Three**, as charged in the Superseding Indictment.
*(Insert "Guilty" or "Not Guilty")*

_____*GUILTY*_____ as to **Count Four**, as charged in the Superseding Indictment.
*(Insert "Guilty" or "Not Guilty")*

_____*GUILTY*_____ as to **Count Five**, as charged in the Superseding Indictment.
*(Insert "Guilty" or "Not Guilty")*

_____*GUILTY*_____ as to **Count Six**, as charged in the Superseding Indictment.
*(Insert "Guilty" or "Not Guilty")*

_____*GUILTY*_____ as to **Count Seven**, as charged in the Superseding Indictment.
*(Insert "Guilty" or "Not Guilty")*

_____GUILTY_____ as to **Count Eight**, as charged in the Superseding Indictment.
*(Insert "Guilty" or "Not Guilty")*

_____GUILTY_____ as to **Count Nine**, as charged in the Superseding Indictment.
*(Insert "Guilty" or "Not Guilty")*

_____GUILTY_____ as to **Count Ten**, as charged in the Superseding Indictment.
*(Insert "Guilty" or "Not Guilty")*

_____GUILTY_____ as to **Count Eleven**, as charged in the Superseding Indictment.
*(Insert "Guilty" or "Not Guilty")*

_____GUILTY_____ as to **Count Twelve**, as charged in the Superseding Indictment.
*(Insert "Guilty" or "Not Guilty")*

_____GUILTY_____ as to **Count Thirteen**, as charged in the Superseding Indictment.
*(Insert "Guilty" or "Not Guilty")*

_____GUILTY_____ as to **Count Fourteen**, as charged in the Superseding Indictment.
*(Insert "Guilty" or "Not Guilty")*

_____GUILTY_____ as to **Count Fifteen**, as charged in the Superseding Indictment.
*(Insert "Guilty" or "Not Guilty")*

_____       _3-1-2024_
FOREPERSON'S SIGNATURE          DATE