Case 7:22-cr-01311   Document 181   Filed on 03/14/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 17, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 7:22-CR-1311-1 & 2 |
| | § | |
| OSAMA BACHIR NAHAS and | § | |
| ISABEL MORENO PRUNEDA | § | |
| | § | |

### ORDER RESETTING SENTENCING

IT IS HEREBY ORDERED that this matter (previously set for March 18, 2025) is hereby reset for sentencing on May 20, 2025, at 10:00 a.m. in the 9th Floor Courtroom, United States District Court, 1701 W. Business Highway 83, McAllen, Texas, granting Dkt. No. 179.

SO ORDERED March 14, 2025, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge